**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 18-cv-01724-CMA-NYW

OTTER PRODUCTS, LLC,

    Plaintiff,

v.

STAGE TWO NINE, LLC, and
JUSTIN L'HEUREUX,

    Defendants.

---

**ORDER ADOPTING JANUARY 15, 2019 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

This matter is before the Court on the January 15, 2019 Recommendation (Doc. # 26) by United States Magistrate Judge Nina Y. Wang that Defendants Stage Two Nine, LLC and Justin L'Heureux's Motion to Dismiss (Doc. # 12) should be granted in part and denied in part. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 26 at 27.) Despite this advisement, no objections to Magistrate Judge Wang's Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v.*

*Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

The Court has reviewed all relevant pleadings concerning the underlying claim and the Recommendation. Based on this review, the Court concludes that Magistrate Judge Wang's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 Advisory Committee's Note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Wang as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 26) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED Defendants' Motion to Dismiss (Doc. # 12) is GRANTED IN PART AND DENIED IN PART. Specifically, the Motion is GRANTED as to claims Three and Four of Plaintiff's Complaint and the Motion is DENIED as to all other claims.

DATED: February 12, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge