# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01724-NYW

OTTER PRODUCTS, LLC
a Colorado limited liability company,

        Plaintiff,

v.

STAGE TWO NINE, LLC,
a California corporation; and

JUSTIN L'HEUREUX,
a California resident,

        Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff, Otter Products, LLC, and Defendants, Stage Two Nine, LLC and Justin L'Heureux ("Party" or "Parties") hereby stipulate and jointly dismiss *without prejudice* all claims between and among them in the above-captioned case, with each Party to bear the Party's own costs, attorney's fees, and other expenses

Respectfully submitted this 23rd day of May, 2019.

        s/ Jack P. Storti
        ***Jack P Storti***
        ***Ryan K. Lorch***
        Berg Hill Greenleaf Ruscitti LLP
        1712 Pearl Street
        Boulder, CO 80302
        Telephone: (303) 402-1600
        FAX: (303) 402-1601
        E-mail: jps@bhgrlaw.com
        E-mail: rkl@bhgrlaw.com
        Attorneys for Plaintiff

s/ Ben L. Wagner
**Ben L. Wagner**
Troutman Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6010
E-mail: Ben.Wagner@troutman.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2019, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following, and also sent the foregoing via electronic mail to the following:

***Ben L. Wagner***
Troutman Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6010
E-mail: Ben.Wagner@troutman.com
Attorneys for Defendants

                                                    s/ Jack P. Storti
                                                    ***Jack P Storti***